UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| | | |
|---|---|---|
| **DANTE DANTWUANE SCOTT** | ] | |
|     Petitioner, | ] | |
| | ] | |
| v. | ] | No. 3:11-0350 |
| | ] | Judge Trauger |
| **UNITED STATES OF AMERICA** | ] | |
|     Respondent. | ] | |


**O R D E R**


Presently before the Court is the petitioner's Motion for Leave to File Supplemental Issue (Docket Entry No.9), in effect seeking permission to amend his *pro se* § 2255 habeas corpus motion with an additional claim.

Given the finality of this type of collateral proceeding, the Court is of the view that the petitioner should be allowed an opportunity to present every claim he has for relief. Therefore, petitioner's Motion for Leave to File Supplemental Issue is GRANTED.

On April 21, 2011, the respondent filed a Response (Docket Entry No.6) to the petitioner's original § 2255 motion. However, the government has not, as yet, been given an opportunity to respond to the petitioner's § 2255 motion as amended.

Accordingly, the respondent is GRANTED twenty one (21) days from the date of entry of this order on the docket in which to

supplement his Response if appropriate.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge