UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION


**DANTE DANTWUANE SCOTT**          ]
    Petitioner,                    ]
                                   ]
v.                                 ]          No. 3:11-0350
                                   ]          Judge Trauger
**UNITED STATES OF AMERICA**       ]
    Respondent.                    ]


                            **O R D E R**


    On June 14, 2011, an order (Docket Entry No.18) was entered denying the petitioner's *pro se* § 2255 motion (Docket Entry No.1) to vacate, set aside, or correct his sentence.

    Since the entry of that order, the petitioner has filed a motion (Docket Entry No.22) to reconsider. His motion to reconsider is predicated on the assertion that the Court misunderstood his claims. More specifically, the petitioner avers that he intended to raise a claim that the Court lacked subject matter jurisdiction because he "has been illegally convicted of an offense that he was not charged with".

    It is abundantly clear from a review of the petitioner's § 2255 motion and his Memorandum (Docket Entry No.2) in support of said motion that the petitioner was claiming that his attorney had been ineffective and that he never questioned this Court's subject matter jurisdiction. His motion to reconsider, then, is an attempt

to amend the § 2255 motion with an additional claim that he could have raised earlier but did not.

Because the petitioner is not challenging the Court's ruling as to the effectiveness of defense counsel, his motion to reconsider is hereby DENIED.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge