UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DANTE DANTWUANE SCOTT | ] | |
|     Petitioner, | ] | |
| | ] | |
| v. | ] | No. 3:11-0350 |
| | ] | Judge Trauger |
| UNITED STATES OF AMERICA | ] | |
|     Respondent. | ] | |

**O R D E R**

By an order (Docket Entry No.18) entered June 14, 2011, the Court denied the petitioner's *pro se* § 2255 motion to vacate, set aside or correct sentence.

Presently before the Court is the petitioner's motion (Docket Entry No.26) to reconsider the denial of his application for habeas corpus relief.

The Court has already rejected an earlier motion brought by the petitioner to reconsider the dismissal of this action. *See* Docket Entry No.23. The petitioner's instant motion to reconsider offers nothing to suggest that this action was dismissed in error. Accordingly, petitioner's second motion to reconsider is also DENIED.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge