UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


DANTE DANTWUANE SCOTT          ]
    Petitioner,            ]
                       ]
v.                             ]          No. 3:11-0350
                       ]          Judge Trauger
UNITED STATES OF AMERICA        ]
    Respondent.            ]


**O R D E R**


On June 14, 2011, an order (Docket Entry No.18) was entered dismissing the instant *pro se* § 2255 habeas corpus action. The Court has since denied two motions from the petitioner to reconsider the dismissal. *See* Docket Entry Nos.23 and 27.

Presently before the Court is the petitioner's Motion (Docket Entry No.29) for Entry of Default and Default Judgment.

The Court finds no merit in the petitioner's pending Motion. Accordingly, said Motion is hereby DENIED.

It is so ORDERED.


_____
Aleta A. Trauger
United States District Judge