```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

**DANTE DANTWUANE SCOTT** ]
    Petitioner, ]
 ]
v. ]   No. 3:11-0350
 ]   Judge Trauger
**UNITED STATES OF AMERICA** ]
    Respondent. ]

### O R D E R

By an order (Docket Entry No.27) entered August 3, 2011, the Court denied petitioner's second motion to reconsider (Docket Entry No.26) brought pursuant to Rule 60(b)(6). Since the entry of this order, the petitioner has filed a motion for a certificate of appealability (Docket Entry No.32).

The petitioner has failed to make a substantial showing of the denial of a constitutional right. *See* Docket Entry No.18. Accordingly, petirtioner's motion for a certificate of appealability is hereby DENIED.

It is so ORDERED.

                                              _____
                                              Aleta A. Trauger
                                              United States District Judge